

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2015

No. 04-15-00422-CR

Carl **RANDLE, JR.**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4661A
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant's appointed appellate counsel, Michael Lee Young, Chief Public Defender, has filed a motion to withdraw as counsel. In his motion, Mr. Young states he was appointed on July 8, 2015, to represent appellant on appeal. The appeal was assigned to attorney Michael D. Robbins, an attorney with the Public Defender's Office. Mr. Robbins currently represents appellant's co-defendant, Carl C. Ross, on appeal. Accordingly, Mr. Robbins has a conflict and cannot continue to represent appellant in this appeal.

Based on the foregoing, we **GRANT** the motion to withdraw. Because appellant no longer has appellate counsel, we **ORDER** the appeal **ABATED** and **REMAND** the matter to the trial court. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). We **ORDER** the trial court to conduct a hearing and enter findings of fact and conclusions of law on or before **August 6, 2015** with respect to the following:

(1)     Whether appellant is still indigent; and

(2)     If appellant is still indigent, who shall be appointed as appellant's new appellate counsel.

We further **ORDER** the trial court clerk to file a supplemental clerk's record containing the trial court's findings of facts and conclusions of law on or before **August 17, 2015**. We also **ORDER** the court reporter to file a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than twenty days after the date of the hearing. After the supplemental records are filed, the appeal will be reinstated on the docket of this court.

We **order** the clerk of this court to service copies of this order on the trial court, the district clerk, the court reporter, all counsel, and appellant.

All appellate deadlines are **SUSPENDED** pending further orders from this court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court